**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 14-00287-01-CR-W-DGK |
| ERIC L. PRICE, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Robert E.

Larsen (Doc. 44), to which there has been no timely objection, the plea of guilty by the Defendant

to Count Three of the Indictment filed on October 7, 2014, is now accepted and the Defendant is

adjudged guilty of such offense.   Sentencing will be set by subsequent order of the Court.


    /s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Kansas City, Missouri
June 3, 2015